In the Matter of the Change of Grade of EAST ONE HUNDRED AND THIRTY-EIGHTH STREET and BROOK AVENUE in the Borough of The Bronx, City of New York.

THE PEOPLE ex rel. LOUIS REICHARDT, Respondent, *v.* CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.

*Matter of East 138th Street*, 190 App. Div. 933, affirmed.

(Submitted February 24, 1920; decided March 9, 1920.)

APPEAL from an order of the Appellate Division of the Supreme. Court in the first judicial department, entered

January 9, 1919, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the payment of interest upon an award made in proceedings for change of grade.

*William P. Burr, Corporation Counsel* (*Charles J. Nehrbas* of counsel), for appellant.

*Harry B. Chambers* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.